714

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEO COOK, a/k/a LEO KOCH, Defendant-Appellant.

(No. 59620; )

First District (2nd Division)—February 18, 1975.

PER CURIAM.

Richard H. Devine, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Michael T. Reid, Assistant State's Attorneys, of counsel), for the People.